**Dismissed and Memorandum Opinion filed August 28, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00666-CR

_____

**ALVIN CHARLES DUNCAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 419955**

## M E M O R A N D U M    O P I N I O N

This is an attempted appeal from the denial of appellant's motion for judgment nunc pro tunc. We dismiss the appeal.

Generally, an appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State,* 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State,* 915 S.W.2d 160, 161 (Tex. App. -- Fort Worth 1996, no pet.). The exceptions include: (1) certain appeals while on deferred adjudication community supervision, *Kirk v. State,* 942 S.W.2d

624, 625 (Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond, Tex. R. App. P. 31.1; *McKown,* 915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus relief, *Wright v. State,* 969 S.W.2d 588, 589 (Tex. App. -- Dallas 1998, no pet.); *McKown,* 915 S.W.2d at 161.

The denial of a motion for a nunc pro tunc judgment is not an appealable order. *See Sanchez v.* State, 112 S.W.3d 311, 312 (Tex. App. -- Corpus Christi 2003, no pet.); *Everett v. State,* 82 S.W.3d 735, 735 (Tex. App. -- Waco 2002, pet dism'd.)  Because this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction. *See Abbot v State*, 271 S.W. 3d 694, 697 (Tex. Crim. App. 2008).

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).